Karen P. Hewitt (CA SBN 145309)
kphewitt@JonesDay.com
David W. Schecter (CA SBN 296251)
dwschecter@JonesDay.com
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA  92130-4096
Telephone:  +1.858.314.1200
Facsimile:   +1.858.314.1150

Thomas Demitrack (*pro hac vice*)
tdemitrack@JonesDay.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH  44144-1116
Telephone:  +1.216.586.3939
Facsimile:   +1.216.579.0212

Lee A. Armstrong (*pro hac vice*)
laarmstrong@JonesDay.com
JONES DAY
222 East 41st Street
New York, NY  10017-6702
Telephone:  +1.212.326.3939
Facsimile:   +1.212.755.7306

Attorneys for Defendant Sirius XM
Radio, Inc.

Kira M. Rubel  (CA SBN 253970)
Law Offices of Kira M. Rubel
krubel@kmrlawfirm.com
555 West Beech Street, Suite 230
San Diego, California  92101
Telephone: +1.800.836.6531

Attorney for Plaintiff Brian Trenz

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TRENZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO INC., a Corporation,<br><br>Defendant. | Case No:  3:15-cv-00044-AJB-DHB<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Judge:  Honorable Anthony J. Battaglia |

Plaintiff Brian Trenz and Defendant Sirius XM Radio Inc. ("Sirius XM") (collectively, the "Parties") hereby request that the Court dismiss with prejudice all of Plaintiff's claims against Sirius XM in the above captioned action pursuant to

Federal Rule of Civil Procedure 41.  The Parties have agreed that each side will bear all of their own costs and attorneys' fees.


Dated:  February  1, 2016                          LAW OFFICES OF KIRA M. RUBEL


By:  /s/ Kira Rubel
      Kira M. Rubel

Attorney for Plaintiff Brian Trenz




Dated:  February 1, 2016                            JONES DAY


By:  /s/ Karen P. Hewitt
      Karen P. Hewitt
      Thomas Demitrack
      Lee A. Armstrong
      David W. Schecter

Attorneys for Defendant Sirius XM Radio, Inc.

**JOINT MOTION TO DISMISS WITH PREJUDICE**